MICHAEL F. HEAFEY (SBN 153499)
mheafey@kslaw.com
KING & SPALDING LLP
601 South California Ave. #100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

KENDRA ORR (SBN 256729)
korr@kslaw.com
KING & SPALDING LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

ANTON N. HANDAL
anh@handal-law.com
PAMELA C. CHALK
GABRIEL G. HEDRICK
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation<br><br>Plaintiff,<br><br>v.<br><br>SMART Modular Technologies, Inc.<br><br>Defendant. | Case No. 3:15-cv-00314-H-BGS<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiff e.Digital
2  Corporation and Defendant SMART Modular Technologies, Inc., through their
3  respective counsel of record, that the above-captioned action to include all claims
4  and counterclaims be dismissed in its entirety **WITH PREJUDICE** pursuant to
5  Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its
6  own attorneys' fees and costs.

DATED:  July 27, 2015                **KING & SPALDING**

By: /s/ Kendra L. Orr
Kendra L. Orr
Attorneys for Defendant
SMART Modular Technologies, Inc.

DATED:      July 27, 2015            **HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
Pamela C. Chalk, Esq.
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 27th day of July 2015 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: July 27, 2015

BY:  /S/PAMELA C. CHALK

Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick.
Attorneys for Plaintiff
e.Digital Corporation

JOINT MOTION FOR DISMISSAL WITH PREJUDICE     4     Case No. 3:15-cv-00314-H-BGS